BAKER, Chief Judge (dissenting): I dissent for the reasons stated in my dissenting opinion in *Fosler*. *United States v. Fosler*, 70 M.J. 225, 240–47 (C.A.A.F. 2011).

## ORDERS GRANTING PETITION FOR REVIEW

No. 12–0090/AF. U.S. v. Joseph A. Hayes. CCA 37588. Review granted on the following issue:

> WHETHER THE MILITARY JUDGE ERRED IN DENYING APPELLANT'S MOTION TO DISMISS FOR FAILURE TO STATE AN OFFENSE, WHERE THE SPECIFICATION OMITTED REFERENCE TO A REQUIRED ELEMENT UNDER STATE LAW FOR A FINDING OF GUILTY FOR WRONGFUL CONSUMPTION OF ALCOHOL WHILE UNDER AGE 21.

Briefs will be filed under Rule 25.

No. 12–0012/AF. U.S. v. Natasha S. Justice. CCA 37446. [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 12–0044/AF. U.S. v. Varun K Narula. CCA 37658. [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 12–0143/MC. U.S. v. Richard A. Garcia–Tolson. CCA 2010000610. Appellee's motion to extend time to file an answer to the supplement to the petition for grant of review granted to December 8, 2011.

No. 12–0173/NA. U.S. v. David A. Stroud. CCA 201100145. On consideration of the motion filed by Lieutenant Daniel Napier for leave to withdraw as appellate defense counsel, it appears that the Judge Advocate General has assigned another counsel to represent Appellant and the new attorney has assumed the representation of said Appellant. Accordingly, it is ordered that said motion is hereby granted.

No. 12–0182/AR. U.S. v. Nathaniel D. Bozman. CCA 20110077. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 19, 2011.